■ BERNARD KESTENBAUM et al., Respondents, v PACKAGING PLUS SERVICES, INC., et al., Appellants, et al., Defendants. [699 NYS2d 913] —Appeal by the defendants Packaging Plus Services, Inc., Pinnacle Direct Marketing, Inc., Richard Altomare, IKEA Industries, Inc., and Chris Gunderson from an order of the Supreme Court, Kings County (I. Aronin, J.), dated January 11, 1999.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice I. Aronin at the Supreme Court. Bracken, J. P., Santucci, Altman, Friedmann and H. Miller, JJ., concur.

■ KINGS PARK YACHT CLUB, INC., Respondent, v STATE OF NEW YORK, Appellant. [699 NYS2d 907] —In an action, *inter alia,* to quiet title to a parcel of real property, the defendant appeals, as limited by its brief, from so much of an order of the Supreme Court, Suffolk County (Berler, J.), dated December 14, 1998, as, upon reargument, adhered to its original determination in an order dated September 25, 1998, granting the plaintiff's motion to compel the defendant to supply water to the plaintiff without requiring that the plaintiff post signs stating that the water was not potable.

Ordered that the order is affirmed insofar as appealed from, with costs.

The Supreme Court properly refused to require posting of the requested notices (*see,* CPLR 2211). Mangano, P. J., Ritter, Joy, McGinity and Smith, JJ., concur.